UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON-SPOKANE

UNITED STATES OF AMERICA,

                    Plaintiff,

   v.

MORGAN JONES

                    Defendant.

No. 2:08-cr-06044

MOTION FOR WITHDRWAL AND SUBSTITUTION OF COUNSEL

[CLERK's ACTION REQUIRED]

       COMES NOW the defendant, Morgan Jones, and moves for an order permitting Bevan Maxey to withdraw, and Jeffrey L. Kradel to substitute, as counsel for the defendant and as local counsel for purposes of the appearance of Mr. Chivari pro hac vice.

       DATED this 23rd day of January, 2023.

Respectfully submitted,

                   s/Jeffrey L. Kradel
                   WSBA No. 26767
                   1455 NW Leary, Suite 400
                   Seattle WA 98107
                   206/397-3102 voice
                   206/922-5547 facsimile

                   jeff@kradeldefense.com

MOTION FOR ORDER PERMITTING
WITHDRAWAL AND SUBSTITUTION OF
COUNSEL - 1

KRADEL DEFENSE PLLC
1455 NW Leary Way
Seattle, Washington 98107
jeff@kradeldefense.com

1

<u>CERTIFICATE OF SERVICE</u>

2

3

     I hereby certify that on January 23, 2023, I electronically filed the foregoing with the

4

Clerk of the Court using the CM/ECF system which will send notification of such filing to the

5

following all parties.

6

7

<u>/s Jeffrey Kradel</u>

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

MOTION FOR ORDER PERMITTING
WITHDRAWAL AND SUBSTITUTION OF
COUNSEL - 2

**KRADEL DEFENSE PLLC**
1455 NW Leary Way
Seattle, Washington 98107
jeff@kradeldefense.com